## Commonwealth *v.* Henry, Appellant.

Submitted April 14, 1970. *William C. Angel,* and *Angel & Kerchner,* for appellant; *James C. Tosh,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ice, Appellant.

Submitted April 13, 1970. *Lee E. Whitmire, Jr.,* and *Whitmire & Mannix,* for appellant; *James C. Tosh,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.